FILED: September 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1802 (L)
(1:20-cv-02456-EA)
_____

KIMBERLY KUBAS

  Plaintiff - Appellee

v.

331B, LLC, d/b/a Rockwell Fitness

  Defendant - Appellant

_____

No. 24-1848
(1:20-cv-02456-EA)
_____

KIMBERLY KUBAS

  Plaintiff - Appellant

v.

331B, LLC, d/b/a Rockwell Fitness

  Defendant - Appellee

_____

O R D E R

_____

The court consolidates Case No. 24-1848 with Case No. 24-1802 as cross-appeals. The appellant in Case No. 24-1802 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk